# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CADENCE BANK (FORMERLY KNOWN
AS BANCORP SOUTH BANK)

VERSUS

DUNBAR AND RICHARDSON
ENTERPRISE, LLC, N/K/A ROSE
LEGACY, LLC AND JERRELL
RICHARDSON

NO.   2026 CW 0029

**JANUARY 16, 2026**

---

In Re:    Jerrell A. Richardson, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 764594.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**STAY DENIED; WRIT DENIED.**

> PMc
> HG
> TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT